The Honorable J. Kelley Arnold

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| TERESITA LESMEISTER, an individual, | |
| Plaintiff, | No. C04-5886 JKA |
| v. | **ORDER OF DISMISSAL** |
| COMMAND MANAGEMENT SERVICES, a foreign corporation doing business in the State of Washington; KRISANA BLOW and "JOHN DOE" BLOW, a marital community; PENSRI BRIESE and "JOHN DOE" BRIESE, a marital community, | |
| Defendants. | |

Based upon the Stipulation of Dismissal of the parties, it is hereby ordered that all claims and counterclaims in the above-captioned case are dismissed with prejudice and without costs or attorney fees to any party.

Dated this 24th day of August, 2005.

*/s/ J. Kelley Arnold*
Judge J. Kelley Arnold

ORDER OF DISMISSAL - 1

00070376.DOC /